JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM F. WREN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 5:21-cv-00178-JGB-SP<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## JUDGMENT

Pursuant to the "Order Denying Plaintiff's Motion for Summary Adjudication and Granting Defendant's Motion for Summary Judgment" entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to the Motion for Summary Judgment filed by Defendant Transamerica Life Insurance Company, and good cause appearing, **IT IS HEREBY ORDERED:**

1. Defendant's Motion for Summary Judgment is **GRANTED** in its entirety;
2. Final judgment be **ENTERED** in favor of Defendant.
3. The Clerk of the Court is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

Dated: November 9, 2022

_____
Honorable Jesus G. Bernal
United States District Judge