JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

William F. Wren and John Murphy, *on behalf of themselves and all others similarly situated*,

Plaintiffs,

vs.

Transamerica Life Insurance Company,

Defendant.

Case No. 5:21-cv-00178-JGB-SP

*Honorable Jesus G. Bernal*

**JUDGMENT**

## JUDGMENT

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of the Motion for Final Approval of Class Action Settlement and Motion for Attorneys' Fees, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Plaintiffs' Final Approval Motion is **GRANTED**. The parties shall perform their obligations pursuant to the terms of the Agreement and this Order.

2. Plaintiffs' Fees Motion is **GRANTED**. Class Counsel is awarded $27,500,000 in attorneys' fees and $447,905.48 in costs. Plaintiffs are

awarded $25,000 in service awards each. The Attorneys' Fees will be paid from the $110 million Settlement Fund. The Court also separately awards Class Counsel the additional $5,835,397.97 million fund in its entirety.

3. This action is **DISMISSED WITH PREJUDICE**. The Class is barred from future prosecution of the Released Claims (as defined in the Agreement).

4. Without affecting the finality of this Order, the Court retains jurisdiction over the parties, including Class Members, for the purposes of construing, enforcing, and administering the Order and Judgment, as well as the Agreement itself.

**IT IS SO ORDERED.**

November 23, 2026

Jesus G. Bernal, U.S. District Judge